CENTRAL R. CO. OF NEW JERSEY, Respondent, v. R. B. SHIMER & CO., Appellants. (Supreme Court, Appellate Division, First Department. January 16, 1914.) Action by the Central Railroad Company of New Jersey against R. B. Shimer & Co. A. Benedict, of New York City, for appellants. W. Mann, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

CHADWICK PARK ATHLETIC CLUB, Appellant, v. PEASLEY, Sheriff, Respondent. (Supreme Court, Appellate Division, Third Department. January 21, 1914.) Action by the Chadwick Park Athletic Club against Wallace A. Peasley, as Sheriff, etc. No opinion. Judgment (142 N. Y. Supp. 586) unanimously affirmed, with costs.

CHAPMAN, Respondent, v. FARGO, Appellant. (Supreme Court, Appellate Division, Fourth Department. December 5, 1913.) Action by Louis H. Chapman against James C. Fargo, as president of the American Express Company. No opinion. Judgment and order reversed, and new trial granted, with costs to appellant to abide event. *Held* that, upon the facts proven, the verdict is excessive. Rehearing denied, 145 N. Y. Supp. 1117.

CHAPMAN, Respondent, v. FARGO, Appellant. (Supreme Court, Appellate Division, Fourth Department. January 21, 1914.) Action by Louis H. Chapman against James C. Fargo, as president of the American Express Company. No opinion. Motion for reargument denied, with $10 costs. For former decision, see 145 N. Y. Supp. 1117.

CHAPMAN, Appellant, v. FOWLER, Respondent. (Supreme Court, Appellate Division, Second Department. February 13, 1914.) Action by Edward N. Chapman against Julia E. Fowler. No opinion. Judgment reversed, upon the ground that the findings of fact are really conclusions of law, and therefore insufficient under section 1022 of the Code of Civil Procedure; and the action is remitted to the justice before whom the same was tried, for findings and decision, *without costs to either party.* See, also, 152 App. Div. 937, 137 N. Y. Supp. 1114.

CHAPMAN v. GEORGE R. READ & CO. (Supreme Court, Appellate Division, First Department. January 30, 1914.) Action by Charles McC. Chapman against George R. Read & Co. No opinion. Application denied, with $10 costs. Order signed. See, also, 83 Misc. Rep. 16, 144 N. Y. Supp. 412.

CHARLES F. GARRIGUES CO. v. INTERNATIONAL AGRICULTURAL CORPORATION. (Supreme Court, Appellate Division, First Department. January 30, 1914.) Action by the Charles F. Garrigues Company against the International Agricultural Corporation. No opinion. Motion denied, with $10 costs. Order filed. See, also, 144 N. Y. Supp. 982.

CHRIST, Respondent, v. LINCH, Appellant (Supreme Court, Appellate Division, First Department. January 30, 1914.) Action by Fred Christ against George W. Linch, as receiver, etc. C. E. Chambers, for appellant. M. L. Malevinsky, of New York City, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

CHRISTIE, Appellant, v. NEW YORK CENT. & H. R. R. CO., Respondent. (Supreme Court, Appellate Division, Second Department. February 13, 1914.) Action by Dora F. Christie, as administratrix, etc., of Edward A. Christie, deceased, against the New York Central & Hudson River Railroad Company. No opinion. Judgment unanimously affirmed, with costs.

CITY OF BUFFALO, Appellant, v. BUFFALO GAS CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. December 5, 1913.) Action by the City of Buffalo against the Buffalo Gas Company. No opinion. Order (82 Misc. Rep. 304, 143 N. Y. Supp. 716) affirmed, with $10 costs and disbursements, upon the opinion of Woodward, J., delivered at the Special Term.

CITY OF BUFFALO, Appellant, v. CZUDNOVSKI, Respondent. (Supreme Court, Appellate Division, Fourth Department. November 26, 1913.) Action by the City of Buffalo against Max Czudnovski. PER CURIAM. Judgment affirmed, with costs. It cannot be held as matter of law, upon the evidence in the record, that the defendant violated the ordinance.

CITY OF BUFFALO, Appellant, v. LAYMAN, Respondent. (Supreme Court, Appellate Division, Fourth Department. November 26, 1913.) Action by the City of Buffalo against Gus Layman. PER CURIAM. Judgment affirmed, with costs. It cannot be held as matter of law, upon the evidence in the record, that the defendant violated the ordinance.

CLAPPER, Respondent, v. AREND, Appellant. (Supreme Court, Appellate Division, Fourth Department. December 23, 1913.) Action by Flora Clapper against Mary L. Arend. No opinion. Judgment and order affirmed, with costs.

COE, Appellant, v. NORTHERN CENT. RY. CO., Respondent. (Supreme Court, Special Term, Chemung County. August 18, 1913.) Action by Newell S. Coe, as administrator, etc., against the Northern Central Railway Company. On motion for new trial by defendant.

Granted. Sadler, Dorr & Seubert, of Syracuse, for plaintiff. Diven & Diven, of Elmira, for defendant.

SUTHERLAND, J. The verdict in favor of plaintiff is set aside as contrary to the evidence. No negligence was shown. A new trial is therefore granted.

———

COE, Appellant, v. NORTHERN CENT. RY. CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. November 26, 1913.) Action by Newell S. Coe, as administrator, etc., against the Northern Central Railway Company.

PER CURIAM. Order affirmed, with costs, upon the memorandum of Sutherland, J., delivered in the court below.

———

COHEN v. HARPER. (Supreme Court, Appellate Division, First Department. January 30, 1914.) Action by Hermann Cohen against Edward L. Harper. No opinion. Motion denied. Order filed. See, also, 144 N. Y. Supp. 1110.

———

COJEAN, Respondent, v. LANGEL et al., Appellants. (Supreme Court, Appellate Division, Second Department. February 6, 1914.) Action by Emanuel F. Cojean against John A. Langel and another. No opinion. Judgment and order affirmed, with costs.

———

COLEMAN, Respondent, v. McCLENAHAN, Appellant. (Supreme Court, Appellate Division, Second Department. February 13, 1914.) Action by Matthew Coleman against James McClenahan. No opinion. Judgment and order affirmed, with costs. See, also, 149 App. Div. 299, 133 N. Y. Supp. 885.

———

COLLINS et al., Respondents, v. AMSDELL-KIRCHNER BREWING CO., Appellant. (Supreme Court, Appellate Division, Third Department. January 21, 1914.) Action by John M. Collins and Fred C. Collins, doing business under the firm name and style of Collins Bros., against the Amsdell-Kirchner Brewing Company. No opinion. Order affirmed, with $10 costs and disbursements.

———

COLT v. A. T. DEMAREST CO. (Supreme Court, Appellate Division, First Department. January 30, 1914.) Action by Elizabeth B. Colt against the A. T. Demarest Company. No opinion. Motion denied, with $10 costs. Order filed. See, also, 144 N. Y. Supp. 1110.

———

CONDELLES, Respondent, v. MEEK, Appellant. (Supreme Court, Appellate Division, Second Department. February 6, 1914.) Action by Sarandos P. Condelles against George Meek. No opinion. Order affirmed, with $10 costs and disbursements.

CONWAY, Respondent, v. GEORGE R. MILLER CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. January 21, 1914.) Action by James Conway against the George R. Miller Company. No opinion. Judgment and order affirmed, with costs.

———

CORBALIS, Appellant, v. RINALDI et al., Respondents. (Supreme Court, Appellate Division, Second Department. January 23, 1914.) Action by Thomas F. Corbalis against August Rinaldi and others. No opinion. Order of the City Court of Yonkers reversed, without costs, and order of examination modified, so as to require Ceccarelli to submit to an examination only concerning all matters in relation to the ownership, possession, and control of the dog referred to in the complaint.

———

CORN, Appellant, v. SUDEROR, Respondent. (Supreme Court, Appellate Division, First Department. January 23, 1914.) Action by Joseph Corn against Abraham Suderor. J. A. Seidman, of New York City, for appellant. No opinion. Motion granted. See, also, 145 N. Y. Supp. 527.

———

CORRELL et al., Appellants, v. RICHARDSON, Respondent. (Supreme Court, Appellate Division, Fourth Department. November 26, 1913.) Action by Emma J. Correll and another against John Richardson.

PER CURIAM. Judgment and order reversed, and new trial granted, with costs to appellants to abide event. The evidence was insufficient to show that defendant had been directed by the county superintendent of highways or authorized by the town board to enter upon plaintiffs' lands and construct a new ditch to drain the water from the highway, and without such direction and authorization defendant's entry was unlawful and a trespass, for which defendant is liable personally, and the town is not liable. See section 57, Highway Law (Consol. Laws, c. 25). Hence it was reversible error to refuse to charge the jury, as requested by plaintiffs' counsel, "that there is no evidence here that the highway commissioner was authorized to dig this ditch by action of the town board, and that there is no record of the action; that the town is not liable unless he was directed to dig this ditch by the county superintendent, and also by the town board of Huron, under section 57 of the Highway Law."

———

CRAMP v. DADY et al. (Supreme Court, Appellate Division, Second Department. January 16, 1914.) Action by Herbert W. Cramp against Chester A. Dady and others. No opinion. Motions denied, with costs. See, also, 144 N. Y. Supp. 1110.

———

CRANDALL, Respondent, v. HARRINGTON, Appellant. (Supreme Court, Appellate Division, Third Department. January 21, 1914.) Action by Floyd S. Crandall against